Jacob H. **ADLER**, Millie Oppenheimer, and David Schlein, Appellants, v. **STANDARD GAS & ELECTRIC CO.**, Debtor Intervening Protective Committee for 1935 Issue, Protective Committee for Prior Preference Stock Noteholders and Bondholders Committee and Protective Committee for Six Per Cent. Gold Notes, Appellees (two cases).

Nos. 5986, 5987.

Circuit Court of Appeals, Third Circuit.

Jan. 7, 1936.

Harry Rubenstein, of Wilmington, Del., and Jacob K. Javits, of New York City (Archibald Palmer and Benjamin A. Harstein, both of New York City, and Jacob A. Freedman, of Brooklyn, N. Y., of counsel), for appellants.

Clarence A. Southerland and Robert H. Richards, both of Wilmington, Del., for appellees.

Before BUFFINGTON, DAVIS, and THOMPSON, Circuit Judges.

PER CURIAM.

After argument and due consideration had of the questions involved, we find no error in the action of the court below, and its orders are affirmed.

---

AMERICAN **MAIZE** PRODUCTS COMPANY, Appellant, v. Joseph P. **HIGGINS**, Individually and as Collector of Interna Revenue, Appellee.

No. 194.

Circuit Court of Appeals, Second Circuit.

Jan. 17, 1936.

See, also, E. Regensburg & Sons v. Higgins, 79 F.(2d) 516.

---

Hall, Cunningham, Jackson & Haywood, of New York City (John H. Jackson, of New York City, of counsel), for appellant.

Frank J. Wideman, Asst. Atty. Gen., James W. Morris, Sewall Key, and Andrew W. Sharpe, Sp. Assts. to Atty. Gen., F. W. H. Adams, U. S. Atty., and Francis H. Horan and Edward J. Ennis, Asst. U. S. Attys., all of New York City (William F. Young, Sp. Asst. to U. S. Atty., of New York City, of counsel), for appellee.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Decree reversed, and cause remanded to the District Court, with directions to enter a decree enjoining collection of the tax. An appropriate order shall be entered directing the repayment to the plaintiff of any cash, bonds, or funds which have been impounded or deposited below. Rickert Rice Mills, Inc., v. Fontenot, 56 S.Ct. 374, 80 L.Ed. ——, January 13, 1936.

---

AMERICAN METAL COMPANY OF NEW MEXICO, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 99.

Circuit Court of Appeals, Second Circuit.

Dec. 16, 1935.

Martin Saxe and Robert C. Beatty, both of New York City (Robert C. Beatty, Martin Saxe, and Roger H. Anderson, all of New York City, of counsel), for petitioner.

Frank J. Wideman, Asst. Atty. Gen., Sewall Key and John MacC. Hudson, Sp. Assts. to Atty. Gen., for respondent.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decision affirmed.